

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In the matter of D.M.T., a juvenile      * From the 118th District Court
of Howard County,
Trial Court No. DCJ-7.

No. 11-21-00121-CV      * September 22, 2022

     * Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.